To: Office of the Clerk
    United States District Court
    844 N. Kings St. Lockbox 18
    Wilmington, De. 19801-3570

DATE: 2-17-08

Fr: I'm James R. Runyon
    #271554 Bldg. 17 C-L-10
    De. Corr. Cntr.
    1181 Paddock Rd.
    Smyrna, De. 19977

CA. No. 08-029-GMS



Dear Clerk of the Court,

    I'm writing to you in concerns of the in-itial filing fee for the amount of $10.83 that has to be sent to your office before the 30-day dead-line is met.

    I received your authorization form and order in the mail on the 24th of February 2008. Immed-iately after I received your order I mailed it directly to the business office here at the prison for their disposal. I also included a letter in writing informing them of a 30 day dead-line.

    On February 11th I noticed that the $10.83 wasn't taken off my account. On February 12th I sent I second letter asking them if they received the authorization form that I sent. I also included a pay-to for the amount the court requested in the filing fee. However, my letter and pay-to was returned back to me with no explanation.

    I am returning the letter the same day I mail this one. I do not have a clue whatsoever why the business office is being this difficult with me. I do beg of you to grant me an extension of time if the dead-line is not met appropriately. I cannot be held responsible when I'm doing exactly what I was instructed to do by your office. I apologize on my behalf for the inconvenience, thank you for your time.

Respectfully





I/M JAMES R. RUSSON
SBI# 215847 UNIT 17 C-1-10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of The Clerk
UNITED STATES DISTRICT COURT
Lockbox 18   844 N. KING STREET
Wilmington, DE
       19801 - 2570

19801253519 C0012