OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

February 21, 2008

TO:

**James R. Runyon**
SBI# 00271554
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

> *RE: Letter dated 2/17/08 Regarding Filing Fee Authorization Form*
> *CA 08-29 GMS*

Dear Mr. Runyon:

    This office received a letter from you regarding the status of your filing fee payment authorization form.  Enclosed please find a highlited copy of the filing fee order which directs <u>you, the Plaintiff</u> to sign and return the payment authorization form to the Court.  Upon receipt of the signed payment authorization form, the Clerk's office will send a copy of the authorization form and filing fee Order directly to the prison business office.

    I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

                                                   Sincerely,

/rwc                                              PETER T. DALLEO
                                                   CLERK

cc: The Honorable Gregory M. Sleet
enc: Filing Fee Order