IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMES R. RUNYON,                           )
                                           )
            Plaintiff,                     )
                                           )
      v.                                   ) Civil Action No. 08-029-GMS
                                           )
ATTY. GEN. JOSEPH R. BIDEN,III,)
DEP. ATTY. GEN. PAUL WALLACE,  )
COMMISSIONER CARL DANBERG,     )
WARDEN TOM CARROLL,            )
WARDEN ELIZABETH B. BURRISS,   )
DEPUTY WARDEN DAVID PIERCE,    )
MAJOR SCARBOROUGH,             )
INTERNAL AFFAIRS JOE RICHARDSON)
CAPTIAN BERGRENN,              )
STAFF LIEUTENANT TAYLOR,       )
STAFF LIEUTENANT HAWKINS,      )
STAFF LIEUTENANT SHEETS,       )
LIEUTENANT SEACORD,            )
LIEUTENANT SATTERFIELD         )
SERGEANT TRAVIES, C/O PIERCE,  )
C/O PITTS,                     )
RECEIVING ROOM STAFF ON 8AM-   )
4pm 2/15/17,                   )
COUNSELOR TOM ZIANDA,          )
COUNSELOR TOM AIELLO,          )
COUNSELOR LINDA KEMP,          )
CORRECTIONAL MEDICAL SERVICES, )
STUART STUTHERS,               )
MENTAL HEALTH UNIT AT DCC,     )
IBCC CLASSIFICATION BOARD      )
MEMBERS,                       )
                               )
            Defendants.        )



**AUTHORIZATION**

I, James R. Runyon, SBI #00271554, request and authorize the

agency holding me in custody to disburse to the Clerk of the

Court the initial partial filing fee of $10.83 and the subsequent

payments pursuant to 28 U.S.C. § 1915(b) and required by the

Court's order dated *January 24*, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00.  I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action.  This authorization shall apply to any other agency into whose custody I may be transferred.

Date: FEBRUARY 25 , 2008.

Signature of Plaintiff

2

I/M James R. Runyon

SBI# 271554   UNIT   Bt. C-GTO

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

WILMINGTON DE 197

27 FEB 2008 PM 1 L

Office of the clerk

U.S. District Court District of Del U.S. Mag

844 King St. Lockbox 18

Wilmington, De. 19801